DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEAN J. SMITH,**
Appellant,

v.

**ANDREA S. GODFROY,**
Appellee.

No. 4D2023-2650

[December 21, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Hon. Anastasia M Norman, Judge; L.T. Case No. 562023DR000173.

Sandy T. Fox of Sandy T. Fox, P.A., Miami, for appellant.

Christopher W. Rumbold of Law Offices of Christopher W. Rumbold PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***